UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number: 13-14047-CR-MARTINEZ-LYNCH**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOE DESILIEN, JR.,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendant Joe Desilien, Jr.'s Motion to Dismiss (D.E. No. 143) and Amended Motion to Dismiss (D.E. No. 164). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 172), recommending that the motion to dismiss and amended motion to dismiss be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation (D.E. No. 172) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

Defendant Joe Desilien, Jr.'s Motion to Dismiss (D.E. No. 143) and Amended Motion to Dismiss (D.E. No. 164) are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2014.

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record